UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EZEQUIEL ESTEBAN MARTINEZ CABRERA,**

    Petitioner,

v.                                             Case No. 4:20cv352-TKW-MAF

**WILLIAM BARR, et al.,**

    Respondents.

_____/

## **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 8). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is moot. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondents' motion to dismiss (Doc. 5) is **GRANTED**, and this case is **DISMISSED as moot**.

3. The Clerk shall close the file.

**DONE and ORDERED** this 24th day of August, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**